IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL J. RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:20-CV-723-RAH |
| ) | |
| HENRY COUNTY SHERIFF'S ) | |
| OFFICE, *et al.*, ) | |
| ) | |
| Defendants. | |

## **ORDER**

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 26) filed July 23, 2021 to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Motion to Dismiss (Doc. 12) filed by Henry County, the Henry County Sheriff's Office, Will Maddox, and David Money is GRANTED.

3. The Motion to Dismiss (Doc. 20) filed by Billy Helms is GRANTED.

4. The Motion to Dismiss (Doc. 18) filed by Anthony Bradley is DENIED.

5. Henry County, Henry County Sheriff's Office, Sheriff Maddox, Commissioner Money, and Abbeville Mayor Jimmy Money (substituted for former Abbeville Mayor Billy Helms) be DISMISSED as defendants.

6. This case be referred back to the Magistrate Judge for additional proceedings, including an order directing the Plaintiff to file an amendment to his Complaint which states a valid address for Chief Bradley at which service of process can be effected.

DONE, on this the 21st day of September, 2021.

                                      /s/ R. Austin Huffaker, Jr.
                              R. AUSTIN HUFFAKER, JR.
                              UNITED STATES DISTRICT JUDGE